# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:24-MJ-325 |
| Gokhan Gun | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 9, 2024** in the city/county of **Falls Church, VA** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1924 | Unauthorized Removal and Retention of Classified Material |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA

John Gibbs/Anthony Rodregous
*Printed name and title*

*Madison Ramsden*
*Complainant's signature*

SA Madison Ramsden
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** *(specify reliable electronic means)*.

Date: August 9, 2024

*Judge's signature*

City and state: Alexandria, Virginia

Honorable , United States Magistrate Judge
*Printed name and title*