**REDACTED**

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**             Under Seal: Yes ___ No _x_   Judge Assigned: _____

City   Falls Church   _____Superseding Indictment   _____ Criminal Number: _____

County/Parish _____ ____Same Defendant _____ New Defendant   _X_____

Magistrate Judge Case Number  1:24-MJ-325    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

**Juvenile -** Yes ___ No _x_  **FBI #:**  XXXXX0VC5

**Defendant Name:** Gokhan Gun          **Alias Name(s)** _____

**Address:** XXXXXX, Falls Church, VA XXXXX; XXXXXX, Fairfax, VA XXXXX

**Employment:** Electrical Engineer, Department of Defense

**Birth date** xx/xx/1979  **SS#** xxx-xx-3473  **Sex** M **Def Race** _____  **Nationality** USA/Turkey  **Place of Birth** Istanbul, Turkey

**Height** 5'11"  **Weight** 195  **Hair** White  **Eyes** Brown  **Scars/Tattoos** Unknown

**Interpreter:** _x_ No ___ Yes   **List language and/or dialect** _____  **Automobile Description** 2010 Toyota Tacoma

**Location Status:**

Arrest Date   August 9, 2024

_x_ Already in Federal Custody as of   August 9, 2024   in ADC

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   _x_ Detention Sought   ___ Bond

**Defense Counsel Information:**

Name: _____   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   ___ Retained

Telephone _____   ___ Public Defender   Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

AUSA  John Gibbs/Anthony Rodregous   Telephone No: 703-203-0551   Gibbs: VA 40380   Bar # Rodregous: CA 323581

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Madison Ramsden, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1924 | Unauthorized Removal and Retention of Classified Material | 1 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** August 9, 2024   **Signature of AUSA:** *John Gibbs*