| | |
|---|---|
| Date: 8/9/2024 | Time: 1:59p – 2:11p |
| Case #: 1:24-mj-00325 | Hearing: Initial Appearance |
| Judge: William B. Porter | Tape: FTR/400 |

**Easter District of Virginia**
**United States of America**
**v.**
**Gokhan Gun**

**Participants**
USA: Anthony Rodregous, John Gibbs

Def Counsel: Brittany Davidson

☐ Court to appoint counsel:
  ☐ FPD ☐ CJA ☐ Conflict List
☒ Deft to retain counsel
☐ Counsel to be reappointed
☐ Interpreter:
    Language:
☐ Deft did not appear / ☐ Warrant to be issued upon PC statement

**Advisement**
☒ Defendant informed of rights, charges, and penalties
☒ Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.

**Detention Hearing/Preliminary Hearing**
☐ DH waived / ☐ DH held
☐ PH waived / ☐ PH held
☐ Deft submits to probable cause
☐ Govt adduced evidence and rests
☐ Court finds PC

**Plea**
☐ Plea entered / Court accepts the plea
☐ Oral consent to trial before U.S. Magistrate Judge

**Dismissal**
☐ Case dismissed without prejudice
☐ Case dismissed with prejudice

**Probation/Sup. Release violation(s)**
☐ Deft informed of violation(s)
☐ Deft denies PC as to the violation(s)
☐ Deft does not contest PC as to the violation(s)
☐ Court finds PC as to the violation(s)

**Detention**
☒ Govt seeking detention - GRANTED
    ☐ **not** seeking detention
☐ Def counsel seeking release
    ☐ **not** seeking release at this time
☒ Deft remanded

**Bond status**
☐ Deft released on PR bond ☐ w/conditions
☐ Deft continued on PR bond
☐ Deft continued on the same conditions previously imposed:
    ☐ Supervised Release / ☐ Probation

**Trial**
☐ Matter set for bench trial
☐ Motions due 2 weeks before trial
☐ Oppositions due 1 week before trial
☐ Govt adduced evidence and rests
☐ Bench trial held and completed

**Future proceedings**
☐ Deft recognized to appear at further proceedings
☐ Matter continued for further proceedings before the Grand Jury
☒ Matter continued to/for:
DH/PH  - 8/13 – 2pm - IDD