IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:24-MJ-325 |
| ) | |
| GOKHAN GUN ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on its own initiative. Under Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. *Brady* v. *Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement may result in serious consequences, up to and including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt of proceedings, disciplinary action, or sanctions by the Court.

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

Entered this 9th day of August 2024.

/s/
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA



FILED
IN OPEN COURT
AUG - 9 2024
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

Gokhan Gun

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:24-mj-325

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for __8/13/24__ at __2:00p__ before the Honorable Ivan D. Davis, United States Magistrate Judge in Courtroom 301
    Name of Judicial Officer

located at 401 Courthouse Square, Alexandria, Virginia. Pending this hearing, the
          Location of Judicial Officer

defendant shall be held in custody by the United States Marshal

(_____) and produced for the hearing.
    Other Custodial Official

Date: __August 13, 2024__                    _____
                                                 Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OR OTHER SERVICES WITHOUT PAYMENT OF FEE

FILED IN OPEN COURT
AUG - 9 2024
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES [X] DISTRICT COURT  [ ] COURT OF APPEALS  [ ] OTHER (Specify Below)

IN THE CASE OF  US  v.  Gokhan Hun

FOR
AT
LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Gokhan Hun
703 346 2828

1 [X] Defendant - Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Supervised Release Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other (Specify) _____

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE (Describe if applicable & check box→)   [X] Felony   [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? [X] Yes [ ] No
IF YES, how much do you earn per month? $144K per year
Will you still have a job after this arrest? [ ] Yes [ ] No [X] Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $500K ; ~~$900K~~ $900K | FFX name; Falls church here |
| Car/Truck/Vehicle | $32K ; $40K | vintage cars; new car |
| Boat | $— | |
| Stocks/bonds | $— | |
| Other property | $400K | sister townhome; FFX |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? [X] Yes [ ] No
IF YES, give the total approximate amount after monthly expenses ~$9K

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 2

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $6,800 | $ |
| Groceries | $1,200 | $ |
| Medical expenses | $30 | $ |
| Utilities | $500 | $ |
| Credit cards | $35K | $ need $40K to pay part off |
| Car/Truck/Vehicle | $1,200 | $ |
| Childcare | $— | $ |
| Child support | $— | $ |
| Insurance | $N/A; unsure $ | $ |
| Loans | $— | $ |
| Fines | $— | $ |
| Other | $— | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 8/9/24