# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-mj-325 |
| Gokhan Gun | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gokhan Gun

Date:     08/12/2024

*Attorney's signature*

Rammy Barbari Bar No. 88414
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 20004

*Address*

rammy@pricebenowitz.com
*E-mail address*

(202) 870-0139
*Telephone number*

(202) 664-1331
*FAX number*