| | |
|---|---|
| | TYPE OF HEARING: DH |
| | CASE NUMBER: 1:24-mj-325 |
| | MAGISTRATE JUDGE: Ivan D. Davis |
| | DATE: 8/13/2024 |
| | TIME: 2:11 – 2:55 p.m. |
| EASTERN DISTRICT OF VIRGINIA | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

       VS.

**Gokhan Gun**

Govt Counsel: Anthony Rodregous and John Gibbs

Deft Counsel: Rammy Barbari

Duty AFPD:

Interpreter:

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations ( )
Court to appoint counsel:( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Matter came on for a PH/DH. Deft waives PH. Court finds PC. Matter continued for further proceedings before the Grand Jury.

Gov't seeks detention. Deft argues for release – GRANTED. Deft placed on PR bond with conditions. Deft remanded until all conditions are met.

Gov't motion to stay release order pending appeal – GRANTED. Order to follow.