AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:24-mj-325 |
| Gokhan Gun ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/13/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Rammy Barbari     VA #88414
*Printed name and bar number of defendant's attorney*

409 7th St. NW, Washington DC 20004
*Address of defendant's attorney*

rammy@pricebenowitz.com
*E-mail address of defendant's attorney*

202-870-0139
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*