

FILED
IN OPEN COURT

13

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:24-MJ-325 |
| | ) | |
| GOKHAN GUN | ) | |
| | ) | |
| Defendant. | ) | The Honorable Ivan D. Davis |

## GOVERNMENT'S MOTION TO STAY MAGISTRATE JUDGE'S AUGUST 13, 2024 ORDER OF RELEASE

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and John T. Gibbs and Anthony Rodregous, Assistant United States Attorneys, hereby moves this Honorable Court, pursuant to 18 U.S.C. §§ 3142 and 3145(a)(1) for a stay of the Order of the Release of the defendant GOKHAN GUN, entered by the Honorable Ivan D. Davis, United States Magistrate Judge, on or about August 13, 2024, until an appeal by the government of the order can be promptly heard by a United States District Court Judge.

The defendant has not yet been released and Pretrial Services must still coordinate the installation of the electronic monitoring equipment and supervision by an appropriate, responsible party.

Wherefore, for these reasons, the United States requests that the Court enter a temporary stay of the order of release until the matter can be heard.

Respectfully submitted,
JESSICA D. ABER
United States Attorney

By: _____
John T. Gibbs
Anthony Rodregous
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3775
Fax: (703) 299 3981
Email:john.gibbs@usdoj.gov