IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:24-MJ-325 |
| | ) | |
| GOKHAN GUN | ) | |
| | ) | |
| Defendant. | ) | The Honorable Ivan D. Davis |

## ORDER

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and John T. Gibbs and Anthony Rodregous, Assistant United States Attorneys, having moved this Court pursuant to 18 U.S.C. §§ 3142 and 3145(a)(1) for a stay of the Order of the Release for the defendant GOKHAN GUN, entered by the Honorable Ivan D. Davis, United States Magistrate Judge, on or about August 13, 2024, it is hereby

ORDERED that the Order of Release for the defendant GOKHAN GUN, entered on or about August 13, 2024, be stayed until an appeal by the government of the order can be promptly heard by a United States District Court Judge. The Clerk of the Court is directed to send copies of this order to the U.S. Marshals Service.

Ivan D. Davis
United States Magistrate Judge

Date: August 13, 2024