IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOKHAN GUN, | ) | Case No. 1:24-MJ-325 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Notice of Appeal**

Notice is hereby given that the United States of America appeals to the United States District Court from the order of the Hon. Ivan D. Davis releasing the defendant on conditions of release (ECF No.14 ).

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

John T. Gibbs
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   john.gibbs@usdoj.gov

**Certificate of Service**

  I certify that on August 14, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

          By:     /s/     
            John T. Gibbs
            Assistant United States Attorney
            United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Office:  (703) 299-3700
            Fax:     (703) 299-3980
            Email:  john.gibbs@usdoj.gov