# ATTACHMENT 1



**DEPARTMENT OF DEFENSE**
UNITED STATES STRATEGIC COMMAND
JOINT WARFARE ANALYSIS CENTER
4048 HIGLEY RD
DAHLGREN, VA 22448-5500

14 August 2024

MEMORANDUM FOR THE RECORD

(U) I am CAPT David Taft, the Director of the Joint Warfare Analysis Center (JWAC) in Dahlgren, VA. I report to USSTRATCOM's Director of Global Operations and am responsible for the direction and daily oversight of JWAC's mission. I am providing this Memorandum for the Record in support of highlighting my concerns with the potential release of Mr. Gun, and the likely grave risk that decision would place on the nation.

(U) The JWAC provides the Department of Defense (DoD) with innovative solutions to target adversary critical infrastructures and related systems. It does so through the unique integration of intelligence data, deep subject matter expertise, and specific modeling & simulations. Due to the manner in which JWAC accomplishes our assigned mission, I am extremely concerned of Gokhan Gun's continued ability to communicate his awareness of our body of work and techniques to unauthorized persons. Disclosure of his personal knowledge of JWAC projects could cause catastrophic loss of sensitive technologies, negatively impact sensitive military operations, and undermine years of associated research and development that has been focused on the nation's hardest problems.

(U) JWAC's 30+ years of experience and carefully cultivated culture of holistic problem solving allows us to provide the maximum impact to the warfighter while considering engagement option feasibility, cost, and operational authorities. Significant resources are applied to train JWAC employees in this holistic problem-solving approach (e.g. people, things, systems). We have honed our skills in asymmetric approaches to warfare to defeat many different types of adversaries (e.g. bomb the tank or simply remove its ability to refuel). We have decades of subject matter expertise at hand, in myriad analytic disciplines (e.g. electrical engineering, network engineering, software development, socio-political modeling). This expertise, coupled with our holistic problem-solving approach, has resulted in a highly skilled analytic workforce. On day one, employees are immersed in the culture and learn to down select and integrate the best analytic processes, models, tools, and data for maximum military effect. While sensitive information is a key ingredient, it's the intellectual capital of how we pick and assemble the best ingredients that creates the value. Our experienced-based way of thinking presents a significant security challenge should it fall in adversary hands. It is my opinion that Mr. Gun has this knowledge and could cause grave damage to the United States should he be afforded additional opportunities to share it with our adversaries.

(U) Mr. Gun is a highly educated electrical engineer who specializes in wireless communications and has a record of broad experience in computer science focused on programming, scripting, virtualization, and associated emerging technologies. His experience and knowledge help him develop system characterizations and mathematical models to identify critical adversary vulnerabilities. This skill set aligns with JWAC's ability to provide innovative targeting options for our warfighting customer base. In this capacity, Mr. Gun has been a part of many JWAC

projects and has personal knowledge of the classified need for those projects, the military options JWAC developed, and details as to how the military plans to implement JWAC recommendations. If Mr. Gun were to pass that information to an adversary, it would certainly help that adversary develop countermeasures to mitigate identified vulnerabilities and defeat the attack, placing military plans and personnel at risk.

(U) Mr. Gun began employment with the JWAC in September 2023. In December 2023, he received his DOD Central Adjudicating Facility adjudicated TS/SCI access and in February 2024, he received his Special Access Program access. As part of those accesses, and as part of periodic security training, Mr. Gun has repeatedly been informed of his obligations to protect and safeguard classified information. I have reviewed his completed and signed training records covering the requirements of proper identification, marking and safeguarding of classified materials. He has been informed that it is unlawful to remove classified from JWAC, store classified at his personal residence, and travel with classified materials in his personal effects out of the country. He has signed multiple Non-Disclosure Agreements acknowledging his duties and responsibilities. In addition to the standard forms he acknowledged via his signature, he also signed a verbal personal attestation of his obligation to properly safeguard classified materials.

(U) For all of the above stated reasons, I strongly urge the decision be made to continue pre-trial confinement of Mr. Gun.

TAFT.DAVID.NAT
HANIEL.1238172
388
Digitally signed by
TAFT.DAVID.NATHANIEL.1238172
388
Date: 2024.08.14 15:23:07 -04'00'

DAVID N. TAFT
Director
CAPT, USN