# ATTACHMENT 2



**DEPARTMENT OF THE AIR FORCE**
**WASHINGTON, DC**

OFFICE OF THE SECRETARY

16 August 2024

MEMORANDUM FOR THE RECORD

FROM: SAF/AA

SUBJECT: Classification Review of Seized Document

(U) I am Mr. Edwin H. Oshiba, the Administrative Asisstant to the Secretary of the Air Force (SAF/AA). In this role, I have been designated as the Senior Security Official for the Department of the Air Force. As the Senior Security Official, my responsibilities include exercising Original Classification Authority (OCA) for information requiring protection as TOP SECRET, and providing oversight for all subordinate classification authorities within the Department of the Air Force.

(U) On 12 August 2024, I was informed the FBI seized a document during the recent arrest of Mr. Ghokan Gun, an Air Force civilian employee of the Joint Warfare Analysis Center (JWAC), Dahlgren, VA. I was informed this document was recovered during a search of Mr. Gun's residence on 09 August 2024 from a black backpack set against the outside door of that residence. This document was marked as TOP SECRET.

(U) This document was subsequently reviewed by a U.S. Government Agency with responsibility for its subject matter. I have been informed that an OCA of that Agency reviewed it and confirmed that the document was classified as TOP SECRET//SCI. The Agency's review further characterized the information in the classified document as National Defense Information pertaining to the U.S. Government's strategy on the research, development, application, and execution of emerging technologies critical to the U.S. national security and defense apparatus.

EDWIN H. OSHIBA, SES, DAF
Administrative Assistant