UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GOKHAN GUN,<br>　　　　　*Defendant.* | Case Number 1:24-mj-325 |

ORDER

Before the Court is the government's Motion for Revocation of Release Order and Review of Detention (ECF 19). To aid the Court in addressing this motion, it is hereby

ORDERED that the defendant shall file a response to the government's motion by 5:00 p.m. on Tuesday, August 27, 2024; and it is further

ORDERED that this matter is set for oral argument on the motion at 11:00 a.m. on Thursday, August 29, 2024.

The Clerk's Office is directed to send a copy of this Order to all counsel of record and to the United States Pretrial Services.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　　United States District Judge

August 20, 2024
Alexandria, Virginia