UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | ) |
| | ) Case No. 24-mj-325-IDD-MSN |
| **GOKHAN GUN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of the Defendant's Opposition to Government's Motion to Revoke Release Order, it is hereby

**ORDERED**, that Judge Davis' release order in Case No. 22-mj-325, Dkt. No. 14 is **AFFIRMED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Gun is released pursuant to conditions contained therein, pending trial or resolution in this matter, except that Mr. Gun is released to the custody of approved third-party custodian, Christopher Graf, and is allowed to reside at his Fairfax Residence[1]

_____                    _____
**DATE**                                  **MICHAEL S. NACHMANOFF**
                                          **United States District Judge**

---

[1] Address has already been provided to pretrial services.