## Affidavit of Dervis Halici

My name is Dervis Halici and hereby affirm under penalty of perjury the following:

1. I reside at 2201 Hall Johnson Road, Colleyville, Texas 76034 and my phone number is 703-517-9949.
2. I am over 18 years of age and am under no legal disability to make this Affidavit.
3. I am a longtime friend of Gokhan Gun.
4. I am not legally prohibited from possessing firearms.
5. I have taken possession of the following firearms from the residence owned by Mr. Gun located at 3809 Granby Lane, Flower Mound, Texas 75028:

   a. Ruger GP100
   b. Canik TP9SFx
   c. Locked North American Arms box
   d. Remington 7600
   e. 2 Ammo Boxes
   f. Tactical Knife
   g. One Gun bag
   h.
   i.
   j.

6. To the best of my knowledge, the above list comprises all of the firearms owned by Mr. Gun.

I declare under penalty of perjury that the foregoing is true and accurate.

Signed on this 26th day of August, 2024.

Signature: *[signed]*
Name – Affiant: Dervis Halici

Signature: *[signed]*
Name – Witness: David Gomez

Sworn before me this 26th day of August, 2024.

Notary Public: *[signed]*
My Commission expires:



JEANAIRALIZ GUZMAN MONTALVO
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-04-26
Notary ID # 13351540-9