Judge: **Michael S. Nachmanoff**

Date: 8/29/2024
Time: 11:46 A.M. to 11:47 A.M.

Reporter: Diane Salters
Interpreter: N/A
Language:
Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
        Vs.

| **GOKHAN GUN** | **1:24-MJ-325** |
|---|---|
| Defendant's Name | Case Number |

| John Gibbs | Rammy Barbari |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
(✓) Motions      ( ) Setting Trial Date      ( ) Change of Plea Hrg.      ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing      ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.      ( ) Pre-Indictment Plea      ( ) Other: _____

Defendant appeared:      (✓) in person      ( ) failed to appear
                        (✓) with Counsel      ( ) without counsel      ( ) through counsel

## MOTION HEARING

- Matter continued to 2:00 p.m.